UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
        :
ERIK DEIDAN,        :
        :
        Plaintiff,        :        25-CV-4819 (JMF)
        :
        -v-        :        <u>ORDER</u>
        :
SANTANDER US CAPITAL MARKETS, LLC,        :
        :
        Defendant.        :
        :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 16, Defendant's earlier motion to dismiss filed at Docket No. 11 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 3, 2025**. Defendant's reply, if any, is due by **October 10, 2025**.

       The Clerk of Court is directed to terminate Docket No. 11.

       SO ORDERED.

Dated: September 22, 2025
      New York, New York
                                            _____
                                               JESSE M. FURMAN
                                          United States District Judge