

**Driving progress**
**through partnership**
**Steven Cooper**
Direct Phone:  +1 212 205 6027
Email:  scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 14, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Court, Southern District of New York
500 Pearl St., Courtroom 24-B
New York, NY 10007

**Re:** *Deidan v.  Santander US Capital Markets, LLC*, **1:25-cv-04819**

Dear Judge Furman:

We represent Defendant Santander US Capital Markets, LLC ("Defendant") in the above-referenced action (the "Action"). We write pursuant to Rule 2.D of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request that the Court adjourn the telephonic initial pretrial conference scheduled for June 16, 2026, at 4:00 p.m., and the attendant date for filing a joint letter and proposed Case Management Plan.

There have been no prior requests for adjournment of a conference date. The only prior request for an extension was on September 23, 2025, when the parties filed a joint letter motion requesting an extension of Plaintiff Eric Deidan's ("Plaintiff") deadline to respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, and Plaintiff's reply deadline. ECF 16. The Court granted that request on September 25, 2025. ECF 21.

The reason for the request is Defendant's undersigned counsel will be unavailable due to pre-arranged family vacation. Plaintiff's counsel consents, but is unavailable during the week of June 22, 2026, as she is participating in an arbitration.

The June 16, 2026 pre-trial conference is the only upcoming conference scheduled by the Court. Pursuant to Your Honor's May 12, 2026 Order, ECF 26, the parties are required to file a joint letter and proposed Case Management Plan, on June 11, 2026, five days before the conference. Defendant respectfully requests that the deadline for the joint letter and proposed Case Management Plan be adjourned to five days before the re-scheduled initial pre-trial conference. Defendant's deadline to file its answer is June 2, 2026, and Defendant does not seek an extension of this deadline.

As such, Defendant respectfully requests that the Court adjourn the initial pre-trial conference to a date convenient for the Court, but not during the week of June 22, 2026.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

May 14, 2026
Page 2

ReedSmith

Respectfully submitted,

/s/ *Steven Cooper*
Steven Cooper
Partner
Reed Smith LLP

cc:    All Counsel (via ECF)

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to **June 30, 2026, at 4:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

May 15, 2026