UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :

ERIK DEIDAN,                                 :

                                          :

                    Plaintiff,              :

                                          :                25-CV-4819 (JMF)

          -v-                          :

                                          :                 ORDER

SANTANDER US CAPITAL MARKETS, LLC,      :

                                          :

                    Defendant.          :

                                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's prior Orders, ECF Nos. 26, 28, the parties were required to file a joint letter and proposed case management plan **no later than the Thursday prior to the upcoming initial pretrial conference — i.e., no later than yesterday, June 25, 2026.**  To date, the parties have not filed either of those documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, June 29, 2026, at 1:00 p.m**.  Failure to file those documents by that deadline may result in sanctions.

       SO ORDERED.

Dated: June 26, 2026
      New York, New York                                           

                                                     JESSE M. FURMAN
                                         United States District Judge